IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**MARIO L. TERRELL**                                                             **PLAINTIFF**

**VERSUS**                               **CIVIL ACTION NO. 4:08-cv-31-TSL-LRA**

**CLARKE COUNTY, MISSISSIPPI, et al.**                             **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the   10th   day of July, 2008.


                                                              /s/Tom S. Lee
                                                              UNITED STATES DISTRICT JUDGE